**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

UNITED STATES OF AMERICA,
        Plaintiff,

Court Number: 07-10721

-VS-

Honorable: Patrick J. Duggan

Claim Number: 1999A20229

SUSANNE M. HODGE aka BOURQUE,
SS# XXX-XX-7971

    Defendant
_____/

## ORDER RELEASING TAX GARNISHMENT

Upon the reading and filing of the above Petition, the **STATE OF MICHIGAN TREASURY DEPARTMENT** is hereby released from any liability under said **GARNISHMENT** and any funds shall be restored to the principal defendant upon receipt of this document.

Dated: August 6, 2008

                                                s/PATRICK J. DUGGAN
                                                U.S. DISTRICT COURT JUDGE