**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA,
        Plaintiff,

Court Number: 07-10721

-VS-

Honorable: Patrick J. Duggan

Claim Number: 1999A20229

SUSANNE M. HODGE aka BOURQUE,
SS# XXX-XX-7971

      Defendant,
_____/

## ORDER RELEASING WAGE GARNISHMENT

Upon the reading and filing of the above Petition, that the **NELSON TRANE** is hereby released from any liability under said **WAGE GARNISHMENT** and any funds should be restored to the principal defendant upon receipt of this document.

Dated: August 6, 2008

s/PATRICK J. DUGGAN
DISTRICT COURT JUDGE